March 18, 2011

Mr. Reagan Douglas Pratt
The Pratt Law Firm PLLC
1331 Lamar St.
Four Houston Center, Suite 1250
Houston, TX 77010
Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488

RE: Case Number: 09-0770
 Court of Appeals Number: 14-08-00059-CV
 Trial Court Number: 2002-22690-A

Style: THE CITY OF HOUSTON
 v.
 STEVE WILLIAMS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Loren Jackson |
| |Ms. Barbara E. |
| |Rosenberg |
| |Mr. N. Bennett |
| |Sandlin |
| |Mr. Randy Doubrava |